AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

──────── DISTRICT OF ────────

UNITED STATES OF AMERICA

V.

KEITH BEHSMAN

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number:

I, __KEITH BEHSMAN__, charged in a (complaint) (petition) pending in this District with __CONSPIRACY AND POSSESSION W/INTENT TO DISTRIBUTE__ in violation of Title __21__, U.S.C., __846, 841__, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____
Defendant

7/13/04
Date

_____
Counsel for Defendant